UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JORDAN, an individual,<br>　　　　　　　　　　　　Plaintiff,<br>v.<br>G.J. JANDA, FORMER WARDEN, an Individual; ASSOC. WARDEN, S. ANDERSON, an Individual; LT. M.D. CARPIO, an Individual; CAPTAIN M.C. WHITMAN, an Individual; SGT. F. CASTANEDA, an Individual; and DOES 1-10,<br>　　　　　　　　　　　　Defendants. | Case No.: 15cv461-AJB (DHB)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR COURT FORMS** |

On January 4, 2016, Plaintiff Gregory Janda filed a letter addressed to the clerk's office (a) indicating that he no longer has an attorney representing him in this action and he has not been able to find a new attorney; and (b) requesting that "the proper forms to request for a court appointed attorney along with any other court forms that I may need to proceed forward in my case." (ECF No. 15 at 1.)

Notwithstanding Plaintiff's contrary assertion, according to the Court's docket, Plaintiff is still represented by counsel, Mr. Hermez Moreno. Civil Local Rule 83.3(f)(1) provides: "Whenever a party has appeared by an attorney, the party may not afterwards

1

appear or act in the party's own behalf in the action, or take any step in that action, unless an order of substitution has first have been made by the court, after notice to the attorney of such party, and to the opposite party; provided, that the court may in its discretion hear a party in open court, notwithstanding the fact that the party has appeared, or is represented by an attorney." No order of substitution has been sought or entered. Thus, Plaintiff's request is improper. If Plaintiff believes his attorney has abandoned him, he should file a written substitution of attorney pursuant to Civil Local Rule 83.3(f)(2).

Based on the foregoing, Plaintiff's request is **DENIED**.

IT IS SO ORDERED.

Dated: January 11, 2016

DAVID H. BARTICK
United States Magistrate Judge