Gregory Jordan    CDCR# K63931
P.O. Box 5006, Facility B5-130
Calipatria State Prison
Calipatria, California 92233

Petitioner,
In Propria Persona

NUNC PRO TUNC
Feb 8 2017

FILED
Feb 13 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ annettec    DEPUTY

In The United States District Court
For The Southern District Of California

Gregory Jordan
          Petitioner,

vs.

G.J. Janda, et al;
          Respondent,

Case No. # 3:15-CV-0461(DHB)

MOTION FOR EXTENSION OF TIME

Petitioner Gregory Jordan, by and through his records, humbly and respectfully moves the Court for an order granting an extension of time. This is Petitioner's 2nd request for an extension of time in this case. This motion is not meant to delay, hinder, or harm any party involved with this action.

Petitioner Gregory Jordan, hereby declares under the penalty of perjury that:

1.) I am the Petitioner in this case, representing myself in propria persona. Due to the following reasons below, I have been unable to make necessary preparations to file Opposition of Joint Motion for Summary Judgment on or by the set date of February 10th, 2017.

///

(1)

2.) The reason(s) for not being able to meet the time deadline is as follows:

   a.) The prison Facility that I am housed on has been placed on Modified Program since January 15, 2017 due to a Battery on a Peace Officer Resulting in Serious Bodily Injury involving multiple inmates.

   b.) Due to my housing facility Modified Programing, physical access to the Law Library has been cancelled and I have only been allowed to receive paging services which is time consuming and limits my access to the Law Library to complete legal work

   c.) Petitioner has a Board Of Parole Hearing February 16th 2017 and Petitioner has to also make preparations legally for board hearing which has also been time consuming due to facility Modified programing

3.) In view of foregoing reason(s) above, I request an extension of time for 30 days, from the date of this motion, to and including the date of March 10th, 2017, in which to file the Opposition Of Joint Motion For Summary Judgment.

Date February 6th 2017

Respectfully Submitted,

/s/ Gregory Jordan
Gregory Jordan
Declarant/Petitioner
In Propria Persona

(2)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 3022A (REV. 03/14)

# DAILY PROGRAM STATUS REPORT PART A – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting period's specific Plan of Operation*
*Upon completion, distribute to ensure all staff and inmate awareness*

**PLAN EFFECTIVE FOR DATE:** January 31, 2017
**INSTITUTION:** Calipatria State Prison
**PROGRAM STATUS NUMBER:** CAL-B-17-001

- [ ] NORMAL PROGRAM
- [x] MODIFIED PROGRAM
- [ ] LOCKDOWN
- [ ] STATE OF EMERGENCY — [ ] Approved [ ] Disapproved

- [ ] INITIAL
- [x] UPDATE
- [ ] CLOSURE

## RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- [ ] INSTITUTION:
- [x] FACILITY: B
- [ ] HOUSING UNIT:
- [ ] HOUSING LEVEL:
- [ ] OTHER:

**INMATES AFFECTED**
- [x] ALL
- [ ] SECURITY THREAT GROUP(S):
- [ ] OTHER:

**REASON**
- [x] BATTERY- On staff
- [ ] DEATH
- [ ] RIOT / DISTURBANCE
- [ ] THREATS
- [ ] CONTINUING VIOLENCE
- [ ] MEDICAL QUARANTINE
- [x] OTHER-Investigation

**MOVEMENT**
- [ ] NORMAL
- [x] ESCORT ALL MOVEMENT
- [x] UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- [x] IN RESTRAINTS
- [ ] CONTROLLED MOVEMENT
- [ ] OTHER:

**WORKERS**
- [ ] NORMAL
- [x] CRITICAL WORKERS ONLY
- [ ] CULINARY
- [ ] CLERKS
- [ ] VOCATION/EDUCATION
- [ ] CANTEEN
- [ ] CLOTHING ROOM
- [ ] RESTRICTED WORK PROGRAM
- [ ] PORTERS
- [ ] NO INMATE WORKERS
- [x] OTHER: See below

**DAYROOM**
- [ ] NORMAL
- [x] NO DAYROOM ACTIVITIES
- [ ] MODIFIED:

**RECREATION**
- [ ] NORMAL
- [ ] NO RECREATIONAL ACTIVITIES
- [x] MODIFIED: See below

**FEEDING**
- [ ] NORMAL
- [x] CELL FEEDING
- [ ] CONTROLLED FEEDING IN DINING ROOM
  - [ ] HOUSING UNIT/DORM AT A TIME
  - [ ] DORM / POD AT A TIME
  - [ ] TIER AT A TIME
  - [ ] HOUSING UNIT SECTION AT A TIME
- [ ] SACK MEAL BREAKFAST
- [x] SACK MEAL LUNCH
- [ ] SACK MEAL DINNER

**SHOWERS**
- [ ] NORMAL
- [ ] ESCORTED
- [ ] ONE INMATE PER SHOWER – OWN TIER
- [x] CELL PARTNERS TOGETHER – OWN TIER
- [ ] DORM SHOWERING BY GROUP
- [ ] CRITICAL WORKERS ONLY
- [ ] NO SHOWERS

**CANTEEN**
- [ ] NORMAL
- [x] NO CANTEEN
- [ ] MODIFIED

**PACKAGES**
- [ ] NORMAL
- [x] NO PACKAGES
- [ ] MODIFIED:

**DUCATS**
- [ ] NORMAL
- [ ] CLASSIFICATION DUCATS
- [x] PRIORITY DUCATS ONLY
- [ ] OTHER:

**HEALTH CARE SERVICES**
- [ ] NORMAL PROGRAM
- [x] PRIORITY DUCATS ONLY
- [x] CONDUCT ROUNDS IN UNITS
- [ ] ESCORTED TO TREATMENT AREA
- [ ] EMERGENCY ONLY
- [x] MEDICATION DISTRIBUTION

**PHONE CALLS**
- [ ] NORMAL
- [x] NO PHONE CALLS
- [ ] LEGAL CALLS
- [ ] MODIFIED:

**VISITING**
- [ ] NORMAL VISITING
- [ ] NON-CONTACT ONLY
- [x] NO GENERAL VISITING
- [ ] LEGAL VISITING
- [x] OTHER: NO FAMILY VISITING

**LAW LIBRARY**
- [ ] NORMAL
- [x] PLU  [ ] GLU

**RELIGIOUS SERVICES**
- [ ] NORMAL
- [ ] CHAPLAINS CONDUCT ROUNDS
- [x] MODIFIED: In-Cell

**REMARKS:** On Sunday, January 15, 2017, a Battery on a Peace Officer Resulting in Serious Bodily Injury involving multiple inmates on Facility B incident occurred during recreation yard. As a result Facility B was placed on a modified program pending completion of an investigation/threat assessment relative to institution security and/or staff/inmate safety. All inmate movement on Facility B will be controlled with escorts of not more than 20 inmates at a time in restraints, and unclothed body search prior to escort. The Minimum Support Facility will supply (6) critical workers for the 2nd and 3rd watch shifts to assist in food preparation. These inmates will be utilized in the Dining area only. They are not authorized to enter the yard or Housing Units. Showers will be conducted one section per day in boxers/shower shoes only. The Inmate Advisory Committee may be utilized at the Captain's discretion. Education packets will be passed out by education staff. All scheduled Medical/Dental/Mental Health appointments will be honored. Medical escorts/movement will be conducted consistent with restrictions noted in PSR. Medications will be distributed and 7362 forms will be picked up at cell front by nursing staff, and housing unit floor logs will be available for stamped entries. Paging services for Law Library will be consistent with CCR 3123 (c). Inmates will be afforded outside time; and will be escorted to the Isometric Exercise Areas, in restraints, in accordance with the attached schedule. All movement outside of the housing units will be coordinated between the Observation Officer and Sergeant. Facility B will remain on a modified program pending further Administrative review.

**REVIEWED BY:** M. McNair, Facility B Captain  **DATE:** 1·30·17
**NAME / SIGNATURE (WARDEN):** W.L. Montgomery  **DATE:** 1/30/17
**NAME/SIGNATURE (ASSOCIATE DIRECTOR):** Felix Vasquez  **DATE:**
(REQUIRED FOR INITIAL, CLOSURE, & STATE OF EMERGENCY)

STATE OF CALIFORNIA - DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    EDMUND G. BROWN JR., GOVERNOR

**BOARD OF PAROLE HEARINGS**
P.O. BOX 4036
SACRAMENTO, CA 95812-4036

10/11/2016

GREGORY JORDAN
K63931
Calipatria State Prison

RE:   ATTORNEY REPRESENTATION FOR PAROLE SUITABILITY HEARING

| | |
|---|---|
| **ATTORNEY:** | **ALFRED J. WISEMAN** |
| **ATTORNEY ADDRESS:** | **6285 EAST SPRING STREET SUITE 412, LONG BEACH, CA 90808** |
| **RETAINED BY:** | **STATE** |
| **DATE OF HEARING:** | **02/16/2017** |
| **TIME OF HEARING:** | **10:30** |
| **LOCATION OF HEARING:** | **7018 BLAIR RD., CALIPATRIA, CA 92233** |

The above named attorney is representing you at your parole suitability hearing. You should anticipate a representative from the district attorney's office will participate in the hearing, either by sending a representative to the institution, via video or audio conference. In addition, participation by the victim(s) or their representatives may also occur by personal appearance, via video or audio conference.

If you have any questions regarding this matter, please contact the Board of Parole Hearings at:

> Board of Parole Hearings
> P.O. Box 4036
> Sacramento, CA 95812
> Attn: Program Operations/Scheduling Unit

# VERIFICATION
(C.C.P. § 446 & 2015.5: 28 U.S.C. § 1746)

STATE OF CALIFORNIA
COUNTY OF IMPERIAL
Calipatria State Prison

I, Gregory Jordan, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE Petitioner IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION AND BELIEF AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 6th DAY OF February 2017 AT CALIPATRIA STATE PRISON CALIPATRIA, CALIFORNIA 92233-5002.

_Gregory Jordan_ (DECLARANT/PRISONER)
SIGNATURE

# PROOF OF SERVICE BY MAIL
(C.C.P. §1013(a) & 2015.5: U.S.C. § 1746)

I, Gregory Jordan AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER EIGHTEEN (18) YEARS OF AGE AND AM / AM NOT A PARTY OF THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS P.O. BOX 5002, CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

ON February 6th 2015 IS SERVED THE FOREGOING:

2nd Motion For Extension Of Time
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY THEREOF, ENCLOSED IN A SEALED ENVELOPE(S) WITH POSTAGE THEREON FULLY PAID, IN A THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

| | |
|---|---|
| United States District Court Southern District Of California Office Of The Clerk 333 West Broadway Suite #420 San Diego, CA. 92101 | Attorney General Of California Kamala D. Harris 600 West Broadway, Suite 1800# San Diego, CA. 92101 |
| | Edgar R Nield Law Group, APC 679 Encinitas Boulevard ste #201 Encinitas, CA. 92024 |

THERE IS DELIVERY SERVICE BY UNITED STATE MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THE FORGOING IS TRUE AND CORRECT.

DATE February 6th 2017     _Gregory Jordan_
                            DECLARANT / PRISONER



Mr. Gregory Jordan #K63931
Calipatria State Prison
P.O. Box 5004, B5-130
Calipatria, CA, 92233

United States District Court
Southern District Of California
Office Of The Clerk
333 West Broadway Suite # 420
San Diego, CA. 92101

⟨Legal Mail⟩

